United States District Court
Southern District of Texas

**ENTERED**

August 11, 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SUPERIOR CONSULTING GROUP, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-00896 |
| PHH MORTGAGE CORPORATION, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE HELD ON August 11, 2022 at 9:00 AM

Appearances:          Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Discovery to be completed by: | January 31, 2023 |
| Dispositive motions due by: | February 20, 2023 |
| Docket call to be held at 11:30 AM on: | June 5, 2023 |
| Estimated trial time: 3-4 days | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention.  The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on August 10, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge