UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUPERIOR CONSULTING GROUP, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00896 |
| § | |
| PHH MORTGAGE CORPORATION, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL SUMMARY JUDGMENT

On this day, the Court considered defendant PHH Mortgage Corporation's ("PHH") Motion for Summary Judgment (Doc. 7). Pursuant to its Memorandum and Order (Doc. 10), the Court is of the opinion that the motion should be and hereby is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Motion for Summary Judgment is hereby **GRANTED** in its entirety. It is further,

**ORDERED** that all of the plaintiffs' claims against PHH are hereby dismissed with prejudice to the re-filing of same.

SIGNED on May 8, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge